```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Yisroel Messinger,
individually and on behalf of all others similarly situated,

                         Plaintiffs,                    **ORDER**

          - against -                                   22 Civ. 10153 (NSR)

Penn Credit Corporation,

                         Defendant.

-------------------------------------------------------------X

Román, D.J.:

        The Court having been advised that all claims asserted herein have been settled, it is

        ORDERED, that the above-entitled action be and hereby is discontinued, without

costs to either party, subject to reopening should the settlement not be consummated within sixty

(60) days of the date hereof.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter

for purposes of enforcing any settlement agreement, they must submit the settlement agreement to

the Court within the next 60 days with a request that the agreement be "so ordered" by the Court.


SO ORDERED.


Dated: May 31, 2023
White Plains, New York

                                                    _____
                                                         Nelson S. Román, U.S.D.J.